UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LENETTA MARIE WILLIS O/B/O M.A.M.S.,**

   Plaintiff.

v.                                                       No. 4:21-cv-0170-P

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**

   Defendant.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Jeffrey L. Cureton made Findings, Conclusions, and a Recommendation ("FCR") in this case on January 24, 2022. ECF No. 24. No objections were filed, and the Magistrate Judge's FCR is ripe for review. The undersigned reviewed the FCR for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct.

Therefore, the Court **REVERSES** the Commissioner's decision. Accordingly, this case is **REMANDED** to the Commissioner for further administrative proceedings.

**SO ORDERED** on this **10th day of February, 2022**.

_____
Mark T. Pittman
United States District Judge